No. 631.   JULES S. SOTTNEK CO., INC., ET AL. v. CENTRAL RAILROAD CO. OF NEW JERSEY.   C. A. 2d Cir.   Certiorari denied.   *Raymond E. Stefferson* for petitioners. *Vincent E. McGowan* and *Theodore A. Kelly* for respondent.

No. 637.   MERCHANTS WAREHOUSE CO., INC., v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir. Certiorari denied.   *William Waller* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Grant W. Wiprud* for respondent.

No. 638.   HYMAN v. CONTINENTAL ILLINOIS NATIONAL BANK ET AL.   C. A. 5th Cir.   Certiorari denied.   *Samuel H. Horne* for petitioner.   *Floyd E. Thompson* and *Walter Humkey* for respondents.

No. 641.   CHASE MANHATTAN BANK v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied. *C. W. Wellen* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *L. W. Post* for respondent.

No. 642.   LOEB v. LOEB.   Court of Appeals of New York and/or Supreme Court of New York, New York County. Certiorari denied.   *Benjamin H. Sullivan* for petitioner. *Alexis C. Coudert* for respondent.

No. 651.   BEVIL ET AL. v. O'BOYLE ET AL.   C. A. 5th Cir.   Certiorari denied.   *William Hamlet Blades* for petitioners.   *Hugh G. Freeland* for respondents.